March 27, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRUCE PAUL KRAMER, ET AL.                                            CIVIL ACTION

VERSUS                                                               NO. 08-0037

STATE FARM FIRE & CASUALTY COMPANY, ET AL.                           SECTION "A"(3)

## ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memoranda in opposition to **The Plaintiffs' Motion to Transfer to Section "K", and Motion to Stay and Motion to Remand (Rec. Doc. 3)**, set for hearing on March 19, 2008, has been submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

Accordingly;

**IT IS ORDERED** that **The Plaintiffs' Motion to Transfer to Section "K", and Motion to Stay and Motion to Remand (Rec. Doc. 3)** should be and is hereby **GRANTED IN PART AND DENIED IN PART**.  This matter is **STAYED** in light of the January 11, 2008 ruling of the Louisiana Supreme Court granting writs from the Louisiana Fourth Circuit Court of Appeal in *Sher v. Lafayette Insurance Company*, pending a decision from the Louisiana Supreme

Court in that matter and/or a ruling by Judge Duval on the Insurance Company Defendants' Joint

Motion to Modify the Court's May 1, 2006 Consolidated Order and Deconsilidate and/or Sever

Cases within the Insurance Umbrella.  The motion is **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this action **CLOSED** for

statistical purposes.  The Court shall retain jurisdiction and the case shall be restored to the trial

docket upon the motion of any party, so that it may proceed to final disposition; this order shall

not prejudice the rights of the parties to this litigation.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil

Procedure, if any, must be filed within fifteen (15) days.  The motion must be accompanied by an

opposition memorandum to the original motion.  Because such a motion would not have been

necessary had a timely opposition memorandum been filed, the costs incurred in connection with

the motion, including attorney's fees, may be assessed against the party moving for

reconsideration.  See Fed. R. Civ. P. 16.

* * * * * * * *

2